Decided November 4, 2003

## WILLIAM L. ANKERMAN *v.* JACK C. MANCUSO

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 480 (AC 23369), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court improperly refused to enforce a secondary mortgage loan transaction made by an attorney with a client despite its finding that the transaction violated the public policy underlying rule 1.8 (j) of the Rules of Professional Conduct?"

The Supreme Court docket number is SC 17086.

*James Colin Mulholland,* in support of the petition.

*William L. Ankerman,* pro se, in opposition.

Decided November 4, 2003